UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-24535-CIV-ALTONAGA

**VICTOR MANUEL ALVAREZ PUGA**,

    Petitioner,
v.

**ASSISTANT FIELD OFFICE DIRECTOR,
KROME NORTH SERVICE PROCESSING
CENTER, U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT**, *et al.*,

    Respondents.
_____/

**ORDER TO SHOW CAUSE**

**THIS CAUSE** came before the Court *sua sponte*. On October 2, 2025, Petitioner, Victor Manuel Alvarez Puga filed a Verified Petition for Writ of Habeas Corpus [ECF No. 1], challenging his immigration detention in the Krome Detention Center in Miami, Florida. (*See generally id.*).

Being fully advised, it is

**ORDERED** as follows:

1. Counsel for Respondents shall notify the Court of receipt of this Order and the name of the Assistant United States Attorney to whom the case is assigned.

2. On or before **October 7, 2025**, Respondents shall file a memorandum of fact and law ("response") to show cause why the Petition should not be granted and shall file all documents and transcripts necessary for resolution of the Petition. *See* 28 U.S.C. § 2243 (requiring that a response to an order to show cause "be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed").

CASE NO. 25-24535-CIV-ALTONAGA

3. Counsel for Respondents is instructed to caption the response a "response" and not a "motion to dismiss."

**DONE AND ORDERED** in Miami, Florida, this 3rd day of October, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record